United States District Court

Eastern District of California

William Klovach,

    Petitioner,                    No. Civ. S 05-1904 FCD PAN P

  vs.                                Order

D.G. Adams, Warden, et al.,

    Respondents.

-oOo-

Petitioner, a prisoner without counsel, seeks to commence a habeas corpus proceeding.

To commence a habeas corpus proceeding, a petitioner must pay the $5.00 filing fee required by 28 U.S.C. § 1914(a) or request leave of court to proceed in forma pauperis and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a).

Petitioner has neither paid the fee nor submitted an application for leave to proceed in forma pauperis.

Within 30 days from the day this order is signed petitioner may submit either the filing fee or the application required by section 1915(a).  The clerk of the court is directed to mail to petitioner a form application for leave to proceed in forma pauperis.  Failure to comply with this order will result in this file being closed.

So ordered.

Dated:  September 29, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge