1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   WILLIAM KLOVACH,

11              Petitioner,              No. CIV S-05-1904 FCD EFB P

12        vs.

13   D. G. ADAMS,

14              Respondent.              <u>ORDER</u>

15   _____/

16         Petitioner, a state prisoner proceeding through counsel, has filed an application

17   for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United

18   States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19         On September 8, 2010, the magistrate judge filed findings and recommendations

20   herein which were served on all parties and which contained notice to all parties that any

21   objections to the findings and recommendations were to be filed within twenty-one days.

22   Neither party has filed objections to the findings and recommendations.

23         The court has reviewed the file and finds the findings and recommendations to be

24   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

25   ORDERED that:

26   /////

1

1          1.  The findings and recommendations filed September 8, 2010, are adopted in

2   full;

3          2.  Petitioner's application for a writ of habeas corpus is denied; and

4          3.  For the reasons set forth in the magistrate judge's September 8, 2010 findings

5   and recommendations, petitioner has not made a substantial showing of the denial of a

6   constitutional right.  Accordingly, the court declines to issue a certificate of appealability in this

7   case.

8   DATED: October 15, 2010.

9

10                                    FRANK C. DAMRELL, JR.
                                     UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26